STEPHENS *v.* STEPHENS.

*Judgment affirmed. All the Justices concur.*
No. 8229.  JULY 16, 1931.

*Austin & Boykin,* for plaintiff in error.
*Jones, Fuller, Russell & Clapp,* contra.